No. 96-1665

Truman Hampton,                          *
                                         *
        Appellant,                       *
                                         *
     v.                                  *
                                         *
PHP Healthcare, Inc.; John               *
Byus, Administrator Director,            *
Arkansas Department of                   *
Correction; Dermott Dunne,               *
Dr., PHP Healthcare, Inc.;               *  Appeal from the United States
Susie Jensen, P.A., Diagnostic           *  District Court for the
Unit, Arkansas Department of             *  Eastern District of Arkansas.
Correction; Charlotte Gardner,           *       [UNPUBLISHED]
Nurse, Diagnostic Unit,                  *
Arkansas Department of                   *
Correction; Cindy Lundy, Nurse           *
Director, Diagnostic Unit,               *
Arkansas Department of                   *
Correction; Kathy Hardaway,              *
Nurse, Diagnostic Unit,                  *
Arkansas Department of                   *
Correction,                              *
                                         *
        Appellees.                       *

Submitted:  December 6, 1996

Filed:  December 12, 1996

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.

PER CURIAM.

Truman Hampton appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action following a bench trial.  After careful

_____

[1]The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

review of the record and the parties' briefs, we conclude that the dismissal was proper.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.